AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

249 11ᵗʰ Street NE, 2ⁿᵈ Floor, Washington DC

SEP 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SEARCH WARRANT

CASE NUMBER:  07-467 M

TO: _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by___Special Agent Daniel W. Spotts___ who has reason to believe that
(name, description and or location)

within the premises of 249 11ᵗʰ Street NE, 2ⁿᵈ Floor, Washington DC

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___9/29/07___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

Date and Time Issued _____

John M. Facciola

U.S. Magistrate Judge

Name and Title of Judicial Officer

at Washington, D.C.

_John M. Facciola_

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/19/2007 | 9/20/2007   6:01 Am | RESIDENCE |

INVENTORY MADE IN THE PRESENCE OF

SA's YANTA, HEMMY, McCALL, LEMLEY, FARNSWORTH, HUGHES, WHITMIRE, DET. HORNE, BEST

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED INVENTORY

**FILED**

SEP 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____  9/21/07

Subscribed, sworn to, and returned before me this date.

_____          9/21/07
U S Judge or U S. Magistrate Judge               Date

# FILED

## SEP 2 1 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

*Magistrate Case 07 - 467M*

## Detail Inventory Listing of All It

| | |
|---|---|
| **Site Name:** | **Investigation Number:** 0013     **Report Date:** Thursday, September 20, 2007 |
| 249 11th Street, NE 2nd floor Washington, DC | **Starting Date and Time:** 09/20/2007 06:01 AM |
| Residence/Business of Saifullah RANJHA/HAMZA Inc | **Ending Date and Time:** 09/20/2007 10:50 AM |

---

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | HP Pavilion a1646x, SN:MXF6460N14 |
| **Key Word:** | Computer | |
| **Location:** | Office | |
| **Found:** | On desk | |
| **Locating Investigator:** | Dave Nelson And George Harvey | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

---

| | | |
|---|---|---|
| **Control #:** | 2 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | HP Pavilion 8660C, SN: MX00907068 |
| **Key Word:** | Computer | |
| **Location:** | Office | |
| **Found:** | On desk | |
| **Locating Investigator:** | Dave Nelson And George Harvey | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

---

| | | |
|---|---|---|
| **Control #:** | 3 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | documents for PAK AMERICAN MONEY TRANSFER |
| **Key Word:** | business docs | |
| **Location:** | Office | |
| **Found:** | Under air conditioner in corner | |
| **Locating Investigator:** | Jason Lemley And Beth Hughes | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

---

| | | |
|---|---|---|
| **Control #:** | 4 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | business purchase receipts, business flyers, "receipts from audits" |
| **Key Word:** | receipts | |
| **Location:** | Office | |
| **Found:** | Stand in corner under A/C unit | |
| **Locating Investigator:** | Jason Lemley And Beth Hughes | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 5 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | financial documents, phone numbers |
| **Key Word:** | docs | |
| **Location:** | Office | |
| **Found:** | top right drawer os desk | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 6 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | financial docs, phone numbers |
| **Key Word:** | docs | |
| **Location:** | Office | |
| **Found:** | bottom right desk drawer | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 7 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | 2 ledgers, financial docs, business cards |
| **Key Word:** | ledgers | |
| **Location:** | Office | |
| **Found:** | top left drawer of desk | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 8 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | financial money transfer guidance binders "how to" (stuck to back of Room H door) |
| **Key Word:** | money transfer | |
| **Location:** | Office | |
| **Found:** | on top of cabinet in room B | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 9 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | 3 financial ledgers, phone numbers, names and numbers |
| **Key Word:** | ledgers | |
| **Location:** | Office | |
| **Found:** | top of desk inbox | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 10 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Compaq Presario 5834, SN: 1X9ACTQ4C0LZ |
| **Key Word:** | Computer | |
| **Location:** | Office | |
| **Found:** | floor near desk | |
| **Locating Investigator:** | Dave Nelson | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 11 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | HP Pavilion ZE5375US and power cord |
| **Key Word:** | Computer | |
| **Location:** | Bedroom #2 | |
| **Found:** | on nightstand next to bed | |
| **Locating Investigator:** | Dave Nelson | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 12 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    Pak Money transfers dated 9/19/07 | |
| **Key Word:** | money transfers | |
| **Location:** | Office | |
| **Found:** | Main desk | |
| **Locating Investigator:** | George Harvey | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 13 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    Flagship credit dorp, payment book, envelopes, labels | |
| **Key Word:** | docs | |
| **Location:** | Office | |
| **Found:** | under desk on floor | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 14 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    videotape | |
| **Key Word:** | video | |
| **Location:** | Office | |
| **Found:** | bottom right drawer of small desk | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 15 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    bank docs, checks, flight stubs, audio tapes | |
| **Key Word:** | bank/fight docs | |
| **Location:** | Toyota Camry | |
| **Found:** | in Camry parked outside of house | |
| **Locating Investigator:** | Kris Eyler | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 16 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | bank and financial docs, business and flight simulator video |
| **Key Word:** | docs | |
| **Location:** | Office | |
| **Found:** | file cabinet by hallway | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 17 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Motorola cell phone and power cord, SN: 353282/01/838292/6 |
| **Key Word:** | cell  phone | |
| **Location:** | Bedroom #2 | |
| **Found:** | next to bed on nightstand | |
| **Locating Investigator:** | Dave Nelson | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 18 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Nokia N73 cell phone & power cord, SN: 359738/00/844779/1 |
| **Key Word:** | cell phone | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | floor near door | |
| **Locating Investigator:** | Dave Nelson | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 19 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | money transfer receipts |
| **Key Word:** | money transfers | |
| **Location:** | Office | |
| **Found:** | middle shelf of bookcase | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | financial docs and business cards | |
| **Key Word:** | docs | | |
| **Location:** | Office | | |
| **Found:** | top shelf of bookcase | | |
| **Locating Investigator:** | Ron Farnsworth | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | bank statements, credit cards in AKA, ledger | |
| **Key Word:** | aka cc's | | |
| **Location:** | Office | | |
| **Found:** | Main desk area | | |
| **Locating Investigator:** | George Harvey | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | checks and deposit slips | |
| **Key Word:** | bank docs | | |
| **Location:** | Office | | |
| **Found:** | middle shelf of bookcase | | |
| **Locating Investigator:** | Ron Farnsworth | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | copies of DL and SSN | |
| **Key Word:** | DL | | |
| **Location:** | Office | | |
| **Found:** | bottom shelf of bookcase | | |
| **Locating Investigator:** | Ron Farnsworth | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| | | |
|---|---|---|
| **Control #:** | 24 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    Compaq Presario S4100NX, SN:  MXM3230QBP | |
| **Key Word:** | Computer | |
| **Location:** | Office | |
| **Found:** | on desk | |
| **Locating Investigator:** | Dave Nelson | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 25 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    copies of bank deposits | |
| **Key Word:** | bank deposits | |
| **Location:** | Office | |
| **Found:** | in box behind desk | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 26 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    deposit slips | |
| **Key Word:** | deposit slips | |
| **Location:** | Bedroom #2 | |
| **Found:** | inside clothes pockets | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 27 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    financial docs, receipts | |
| **Key Word:** | docs | |
| **Location:** | Office | |
| **Found:** | middle shelf  bookcase | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| Control #: | 28 | Evidence Box: |
|---|---|---|
| Photo #: | | Locator Code: |
| Description: | Seized Per Warrant | phone and fax numbers, ist of money transfer fees and charges |
| Key Word: | transfer fees | |
| Location: | Office | |
| Found: | desk area | |
| Locating Investigator: | George Harvey | |
| Evidence Custodian: | Kris Eyler | |
| Evidence Logger: | Denise McNerney | |

| Control #: | 29 | Evidence Box: |
|---|---|---|
| Photo #: | | Locator Code: |
| Description: | Seized Per Warrant | legal and financial docs |
| Key Word: | docs | |
| Location: | Office | |
| Found: | file cabines near hallway | |
| Locating Investigator: | Jason Lemley | |
| Evidence Custodian: | Kris Eyler | |
| Evidence Logger: | Denise McNerney | |

| Control #: | 30 | Evidence Box: |
|---|---|---|
| Photo #: | | Locator Code: |
| Description: | Seized Per Warrant | misc docs |
| Key Word: | docs | |
| Location: | Bedroom #2 | |
| Found: | top of table on right side of bed | |
| Locating Investigator: | Troy Newenhouse | |
| Evidence Custodian: | Kris Eyler | |
| Evidence Logger: | Denise McNerney | |

| Control #: | 31 | Evidence Box: |
|---|---|---|
| Photo #: | | Locator Code: |
| Description: | Seized Per Warrant | Sony Ericsson phone and pwer cord, SN: 01019700-710746-1 |
| Key Word: | phone | |
| Location: | Bedroom #2 | |
| Found: | nightstand next to bed | |
| Locating Investigator: | Dave Nelson | |
| Evidence Custodian: | Kris Eyler | |
| Evidence Logger: | Denise McNerney | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    CDs | | |
| **Key Word:** | CDs | | |
| **Location:** | Office | | |
| **Found:** | cabinet by hallway | | |
| **Locating Investigator:** | Jason Lemley | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    torn paper /writing, trash | | |
| **Key Word:** | trash | | |
| **Location:** | Office | | |
| **Found:** | in trash can under desk | | |
| **Locating Investigator:** | Beth Hughes | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    phone numbers | | |
| **Key Word:** | phone numbers | | |
| **Location:** | Office | | |
| **Found:** | taped to desk | | |
| **Locating Investigator:** | Ron Farnsworth | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant    business cards and receipts | | |
| **Key Word:** | docs | | |
| **Location:** | Bedroom #2 | | |
| **Found:** | in pants pocket | | |
| **Locating Investigator:** | Michael Whitmire | | |
| **Evidence Custodian:** | Kris Eyler | | |
| **Evidence Logger:** | Denise McNerney | | |

| Control #: | 36 | Evidence Box: |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    money belt | |
| **Key Word:** | money belt | |
| **Location:** | Bedroom #2 | |
| **Found:** | top of plastic dresser in plastic bag | |
| **Locating Investigator:** | Troy Newenhouse | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| Control #: | 37 | Evidence Box: |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    handwritten document | |
| **Key Word:** | doc | |
| **Location:** | Bedroom #2 | |
| **Found:** | inside black binder next to bed | |
| **Locating Investigator:** | Troy Newenhouse | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| Control #: | 38 | Evidence Box: |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    business cards, tape, docs, CDs | |
| **Key Word:** | docs in cab | |
| **Location:** | taxi cab | |
| **Found:** | in Essense cab DC tag #H93948 | |
| **Locating Investigator:** | George Harvey | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| Control #: | 39 | Evidence Box: |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    credit cards | |
| **Key Word:** | credit cards | |
| **Location:** | Bedroom #1<br>Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Killian Hemmy | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 40 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | express mail envelop with label |
| **Key Word:** | mail | |
| **Location:** | Bedroom #2 | |
| **Found:** | top of closet | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 41 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Nokia cell phone, pwer cord, headphones |
| **Key Word:** | cell phone | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 42 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | various media |
| **Key Word:** | media | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 43 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | video tapes |
| **Key Word:** | video | |
| **Location:** | Bedroom #2 | |
| **Found:** | beside shelf in camera bag | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 44 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Compaq Presario V5000, SN: CND6260TH3 and case |
| **Key Word:** | | |
| **Location:** | Bedroom #2 | |
| **Found:** | bottom of closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 45 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | 72 credit cards, assorted IDs |
| **Key Word:** | | |
| **Location:** | Bedroom #2 | |
| **Found:** | bottom of closet in brown samsonite briefcase | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 46 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | misc docs |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | Grey samsonite briefcase | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 47 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | passports, ID docs, photos |
| **Key Word:** | passports | |
| **Location:** | Bedroom #2 | |
| **Found:** | Grey samsonite briefcase | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 48 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 49 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 50 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 51 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs, checks | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 52 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | box of docs, wire receipts |
| **Key Word:** | wire receipts | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 53 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | computer disks |
| **Key Word:** | computer disks | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 54 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | acct info for Pakistan American Svc |
| **Key Word:** | acct into | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 55 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | brown briefcase w/misc docs |
| **Key Word:** | briefcase | |
| **Location:** | Bedroom #1 Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 56 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | binder full of names and phone numbers |
| **Key Word:** | phone numbers | |
| **Location:** | Bedroom #2 | |
| **Found:** | bokshelf left of bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 57 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | binder w/unknown writing |
| **Key Word:** | misc docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf left of bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 58 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | 5 VHS tapes |
| **Key Word:** | video | |
| **Location:** | Kitchen | |
| **Found:** | inside small fridge, bottom shelf | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 59 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | list of addresses/locatioons |
| **Key Word:** | addr | |
| **Location:** | Kitchen | |
| **Found:** | inside small fridge | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 60 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | guidelines for money svc business |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | mantel over fireplace | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 61 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | passport, identity cards |
| **Key Word:** | passport | |
| **Location:** | Bedroom #2 | |
| **Found:** | corner shelf | |
| **Locating Investigator:** | Anthony Britt | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 62 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | various media |
| **Key Word:** | media | |
| **Location:** | Kitchen | |
| **Found:** | bookshelf | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 63 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | misc docs, letters |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 64 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc checks | |
| **Key Word:** | checks | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 65 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc financial docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bokshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 66 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc financial docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 67 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    financial docs in USPS pack | |
| **Key Word:** | docs | |
| **Location:** | Kitchen | |
| **Found:** | above stove | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 68 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 69 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    emails and letters | |
| **Key Word:** | emails | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf left of bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 70 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | inside pocket tan bag | |
| **Locating Investigator:** | Troy Newenhouse | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 71 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    assorted pics | |
| **Key Word:** | pics | |
| **Location:** | Bedroom #2 | |
| **Found:** | mantel over fireplace | |
| **Locating Investigator:** | Troy Newenhouse | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| **Control #:** | 72 | **Evidence Box:** |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc checks, docs, letters, airline info | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | black bag on floor | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| **Control #:** | 73 | **Evidence Box:** |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| **Control #:** | 74 | **Evidence Box:** |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshef next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| **Control #:** | 75 | **Evidence Box:** |
|---|---|---|
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 76 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 77 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 78 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | bookshelf next to bed | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 79 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | mantel over fireplace | |
| **Locating Investigator:** | Troy Newenhouse | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 80 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | mantel over fireplace | |
| **Locating Investigator:** | Troy Newenhouse | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 81 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    misc docs | |
| **Key Word:** | docs | |
| **Location:** | Bedroom #2 | |
| **Found:** | shelf next to closet | |
| **Locating Investigator:** | Troy Newenhouse | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 82 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    17 boxes of financial/business documents | |
| **Key Word:** | 17 boxes | |
| **Location:** | Bedroom #2 | |
| **Found:** | along back wall | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 83 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    green backpack with misc docs | |
| **Key Word:** | backpack | |
| **Location:** | Bedroom #1<br>Bedroom | |
| **Found:** | closet | |
| **Locating Investigator:** | Ron Farnsworth | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 84 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    dated invoices | |
| **Key Word:** | invoices | |
| **Location:** | Kitchen | |
| **Found:** | bookshelf | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 85 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    binders, legal and financial docs | |
| **Key Word:** | docs | |
| **Location:** | Kitchen | |
| **Found:** | small bookshelf by desk | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 86 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    money counter | |
| **Key Word:** | money counter | |
| **Location:** | Office | |
| **Found:** | on small desk | |
| **Locating Investigator:** | George Harvey | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 87 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant    bank docs and wire transfers | |
| **Key Word:** | bank docs | |
| **Location:** | Kitchen | |
| **Found:** | in trash bags near bookshelf | |
| **Locating Investigator:** | Jason Lemley | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 88 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Keltec P11 9mm gun SN: 103961 and envelop with 9 mm amunition rounds |
| **Key Word:** | gun | |
| **Location:** | Bedroom #2 | |
| **Found:** | in safe | |
| **Locating Investigator:** | Albert McCall | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 89 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | US currency ($93,750.00) |
| **Key Word:** | US Currency | |
| **Location:** | Bedroom #2 | |
| **Found:** | safe | |
| **Locating Investigator:** | Anthony Britt | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |

| | | |
|---|---|---|
| **Control #:** | 90 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | black travel bag with US Currency ($174,799.00) |
| **Key Word:** | US Currency | |
| **Location:** | Bedroom #2 | |
| **Found:** | bottom of closet | |
| **Locating Investigator:** | Michael Whitmire | |
| **Evidence Custodian:** | Kris Eyler | |
| **Evidence Logger:** | Denise McNerney | |