IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of Search of | : | Case No. 07-467M (JF) AK |
| 249 11th Street, N.E. 2nd Floor | : | |
| Washington, D.C. | : | **UNDER SEAL** |

**FILED**
NOV 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Based on the representations in the Government's Unopposed Motion To Unseal all Papers and Proceedings, and to Permit Public Docketing of This Case, and finding that there is good cause and basis therefor, it is this ___6th___ day of November, 2007, hereby

**ORDERED** that all pleadings, records and files in this case be UNSEALED, and that the Criminal Clerk's office enter the case upon the public docket.

_____
United States Magistrate Judge

Serve: D. Ames Jeffress
Assistant United States Attorney
D.C. Bar No. 449258
National Security Section
555 Fourth Street NW, Room 11-435
Washington, DC 20530
(202) 514-7624
Amy.Jeffress@usdoj.gov