IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of Search of | : | Case No.  07-467M (JF) |
| 249 11th Street, N.E. 2nd Floor | : | |
| Washington, D.C. | : | **UNDER SEAL** |

**MOTION TO UNSEAL**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal the arrest warrant, the affidavit in support thereof, and all related papers in the above-captioned matter, including this motion.  In support of its motion, the government states as follows:

On September 19, 2007, a search warrant was issued for the above-named address.  On that same date, upon the motion of the United States, the Court sealed the arrest warrant, the affidavit in support thereof, and the public docketing of this matter so as not to identify and jeopardize the safety of a confidential witness being utilized in the investigation.

On September 24, 2007, Special Agents with the Federal Bureau of investigation executed a search on the above-named address.  As a result, any defendants have likely become aware of all ongoing investigations.  In addition, the investigation has concluded and the warrants and related papers are needed for discovery purposes

Accordingly, a compelling interest no longer exists to justify the sealing of the arrest warrant, affidavit in support thereof and related papers in this matter, or the docketing of this matter.

WHEREFORE, the United States requests that its motion be granted and the papers filed in this matter be unsealed and placed on the public docket.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        UNITED STATES ATTORNEY

By:_____
     D. Ames Jeffress
     Assistant United States Attorney
     D.C. Bar No. 449258
     National Security Section
     555 Fourth Street NW, Room 11-435
     Washington, DC 20530
     (202) 514-7624
     Amy.Jeffress@usdoj.gov