FILED
NOV 2
Clerk, U.S. District
Bankruptcy C...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of Search of | : | Case No. 07-467M (JF) |
| 249 11th Street, N.E. 2nd Floor | : | |
| Washington, D.C. | : | **UNDER SEAL** |

# ORDER

Based on the representations in the Government's Unopposed Motion To Unseal all Papers and Proceedings, and to Permit Public Docketing of This Case, and finding that there is good cause and basis therefor, it is this __21st__ day of November, 2007, hereby

**ORDERED** that all pleadings, records and files in this case be UNSEALED, and that the Criminal Clerk's office enter the case upon the public docket.

_____
United States Magistrate Judge

Serve: D. Ames Jeffress
  Assistant United States Attorney
  D.C. Bar No. 449258
  National Security Section
  555 Fourth Street NW, Room 11-435
  Washington, DC 20530
  (202) 514-7624
  Amy.Jeffress@usdoj.gov